Mr; Chief Justice Marshall
 

 delivered the opinion of the' Court.-—
 

 ■ This is a writ of error to a judgment of the Court of the United States, for the Seventh Circuit, and the district.of Kentucky, awarding restitution of lot No.' 108, in the town of Fal-mouth, to the defendants in error'; who had been turned out of possession, by virtue of a writ of
 
 habere facieis possessionem,
 
 issued on a judgment in ejectment, in favour of the plaintiff in error.
 

 Previous to the institution of the suit, the town of Falmouth had been laid out, in pursuance of an Act of Assembly, and lot No. 108 had been sold and conveyed to George Hendricks.' The law establishing the town of Falmouth,- directed that the lots should be sold,' subject to the condition of making certain improvements thereon, within seven years; on failure to do which, the trustees are empowered to enter on any lot not improved, and sell it again. These improvements were not made on lot No. 108.
 

 The defendant in error moves to quash the writ of error, because the matter in controversy is' not of the value of 2,000>dol-lars. The motion is resisted, because the- whole’ property which was recovered in the ejectment, .may be considered as involved in this motion; since each- tenant may move separately for an award, of restitution; on the supposition' that the regularity of the proceedings, under the law by which the town
 
 *249
 
 was established, and the lots sold, may be examined; on this motion, the plaintiff in error has brought that subject into view, and has discussed it fully. But the Court is of opinion, that the question of title cannot be considered on this writ of error. The town of Falmouth was separated from the tract. out of which it was.<-aken, and this lot was sold, before the suit was instituted; neitnerthe trustees of the town, nor the proprietors of the lot, were parties to that ejectment. • The motion to award < ■restitution, therefore, involved'nothing further. than the-lot to which the party prayed to be restored; and as that is.not of the-value of 2,000 dollars, the Court has no jurisdiction. The writ of error is to be dismissed.
 

 Writ of error dismissed for want.of jurisdiction; it net appearing that the value of the premises, in this suit, is two thoúsand dollars.